IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
*Alexandria Division*

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PRIYANKA N. HARANIA,<br>   *Defendant*. | Criminal No. 1:25-MJ-549<br><br>Pentagon Docket<br><br>Hearing Date: September 18, 2025 |

## INFORMATION

COUNT ONE
(*Possession of a Controlled Substance – Psilocyn, Schedule I*)
*(Class A Misdemeanor)*

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about June 24, 2025, on the Pentagon Reservation, within the special maritime and territorial jurisdiction of the United States, in the Eastern District of Virginia, the defendant, PRIYANKA N. HARANIA, did unlawfully, knowingly and intentionally possess a mixture and substance which contains a detectable amount of Psilocyn, a Schedule I Controlled Substance.

(In violation of Title 21, United States Code, Section 844.)

COUNT TWO
(*Possession of a Controlled Substance – Psilocybin, Schedule I*)
*(Citation E1966860)*
*(Class A Misdemeanor)*

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about June 24, 2025, on the Pentagon Reservation, within the special maritime and territorial jurisdiction of the United States, in the Eastern District of Virginia, the defendant, PRIYANKA N. HARANIA, did unlawfully, knowingly and intentionally possess a mixture and substance which contains a detectable amount of Psilocybin, a Schedule I Controlled Substance.

(In violation of Title 21, United States Code, Section 844.)

COUNT THREE
(*Possession of a Controlled Substance – Marijuana, Schedule I*)
*(Citation E1966859)*
*(Class A Misdemeanor)*

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about June 24, 2025, on the Pentagon Reservation, within the special maritime and territorial jurisdiction of the United States, in the Eastern District of Virginia, the defendant, PRIYANKA N. HARANIA, did unlawfully, knowingly and intentionally possess a mixture and substance which contains a detectable amount of Marijuana, a Schedule I Controlled Substance.

(In violation of Title 21, United States Code, Section 844.)

COUNT FOUR
(*Using Handheld Communication Device while Driving*)
(*Citation E1966857*)
(*Petty Offense - Class B Misdemeanor*)

On or about June 24, 2025, on the Pentagon Reservation, within the special maritime and territorial jurisdiction of the United States, in the Eastern District of Virginia, the defendant, PRIYANKA N. HARANIA, did unlawfully, knowingly and intentionally use a handheld device while driving a motor vehicle.

(In violation of Title 32, Code of Federal Regulations, Section 234.17, *adopting* Va. Code § 46.2-818.2.)

Erik S. Siebert
United States Attorney

By: _____
Thomas M. Kersey
Special Assistant United States Attorney (Pentagon)